Exhibit A

**NOTICE OF CONSENT**

I, Isaiah Smith, hereby consent to become a party plaintiff in the lawsuit in which this consent is filed which is brought under the Fair Labor Standards Act to recover overtime wages from my current or former employer(s).

Respectfully Submitted,

Isaiah Smith

*Isaiah X. Smith*
Isaiah X. Smith (Mar 26, 2021 18:31 CDT)
Signature