UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ISAIAH SMITH, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, *Plaintiffs* v. MV TRANSPORTATION, INC., *Defendant* | § § § § § § § § | CIVIL NO. 1:21-CV-349-LY-SH |

## ORDER

Before this Court are: Douglas B. Welmaker's Motion to Withdraw, filed September 2, 2022 (Dkt. 24); Defendant's Motion to Strike Plaintiffs' Response to Defendant's Motion to Enforce Settlement Agreement and Sanctions against Isaiah Smith, filed October 27, 2022 (Dkt. 39); Plaintiffs' Motion for a Protective Order, filed January 13, 2023 (Dkt. 47); Defendant's Motion to Compel Discovery Responses, filed January 20, 2023 (Dkt. 49); and the associated response and reply briefs. On February 3, 2023, the District Court referred this case to this Magistrate Judge for disposition and report and recommendation, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Dkt. 54

This Court **ORDERS** counsel to appear *in person* for a hearing on the above motions (Dkts. 24, 39, 47 and 49) on **Thursday, February 16, 2023 at 2 p.m.** in Courtroom 6 on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas.

**SIGNED** on February 7, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1